**RECEIVED FOR SCANNING**
VENTURA SUPERIOR COURT

DEC 14 2020

Ed K. Bassey, SBN:146740
Attorney at Law
309 South "A" Street
Oxnard, CA 93030
Phone No. (805)487-8689
Fax No. (805)486-8868

1

2

3

4   Attorney for Plaintiff: **Maria Alvarado**

5

6               **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

7                    **FOR THE COUNTY OF VENTURA**

8

| | |
|---|---|
| **MARIA ALVARADO** ) | **CASE NO.** |
| ) | |
| **PLAINTIFF** ) | **COMPLAINT FOR DAMAGES ARISING** |
| ) | **FROM BREACH OF IMPLIED** |
| ) | **IN FACT CONTRACT;** |
| ) | **WRONGFUL TERMINATION OF** |
| ) | **EMPLOYMENT; AND DEFAMATION.** |
| ) | |
| **Vs.** ) | |
| ) | |
| **TARGET AND DOES 1-10,** ) | |
| **INCLUSIVE** ) | |
| **DEFENDANT.** ) | |
| ) | |
| _____) | **DEMAND FOR JURY TRIAL** |

9

10

11

12

13

14

15

16

17

18   **TO ALL PARTIES TO THEIR ATTORNEY(S) OF RECORD:**

19   Plaintiff Maria Alvarado, complains of defendants and each of them, demands a trial by jury of

all issues, and for causes of action alleges:

21

22               **FACTS COMMON TO ALL CAUSES OF ACTION**

23   1.   Defendant, Target, hereinafter referred to as and/or "Defendant" is a business, form

24        unknown, in the State of California, conducting a substantial portion of its business in

25        Ventura County, State of California.

26

27
                                    1
28
Plaintiff's Complaint for Damages

2.   Plaintiff is a resident of Ventura County, State of California.

3.   At all time herein mentioned, each and every defendant, in doing the things alleged, was acting within the course and scope of such agency and employment, and in doing the acts herein alleged, was acting with the consent permission and authorization of each defendant herein alleged, such actions were ratified and approved by the officers or managing agents of each defendant.

## FIRST CAUSE OF ACTION
## THE IMPLIED IN FACT BREACH OF CONTRACT

4.   Plaintiff hereby incorporates by reference paragraphs 1 through 3 of the complaints as though set forth herein. **This cause of action is against Defendant: Target.**

5.   Plaintiff was employed by defendant from on or about 2018 to on or about December 2019. During the course of plaintiff's employment with Defendant, there existed an implied - in-fact employment contract between plaintiff and Defendant which at the time of the discriminatory treatment that plaintiff is complaining of, included the following terms and conditions:

a)   Plaintiff would continue her employment with defendant indefinitely so long as she carried out her duties in a proper and competent manner;

b)   Defendant would not subject plaintiff to unlawful discrimination in the terms and conditions of employment.

c)   Defendant would not evaluate plaintiff's performance in an arbitrary, untrue or capricious manner;

d)   Defendant would provide plaintiff and other employees a work environment free of sex

2

and pregnancy related condition discrimination.

6. The employment agreement was supplemented by various acts of oral commendations, assurances of continued employment and various documents including performance reviews and defendant's personnel policies which assured plaintiff that employees who subject other employees to unlawful discrimination will be disciplined.

7. Again and again during her employment, plaintiff was told orally by her supervisors that she was doing a satisfactory job. As a result of these representations, plaintiff came reasonably to expect to rely on the promise of job security.

8. Plaintiff's reasonable belief in good faith on all the assurances, promises and representations made by defendant employer to caused her to reasonably believe that her employment was secure and that there existed a contract of continuous employment with defendant employer.

9. Plaintiff undertook and continued her employment and duly performed all of the conditions of the contract to be performed by her, and at all time herein mentioned, has been ready, willing and able to perform and has offered to perform all of the conditions to be performed by her until prevented on or about December 12, 2019, from performance by defendant due to discrimination against plaintiff due to her sex and pregnancy related condition.

10. Despite the representations made to plaintiff by defendants and the reliance she placed on them, defendants breached this implied-in-fact contract of employment agreement by subjecting plaintiff to a work environment where plaintiff was discriminated against due to her pregnancy and sex.

11. Plaintiff was hired by defendant in or about 2018 as a beauty consultant. She performed her job duties so exemplarily that she was promoted to manager position. In November

3

2019 plaintiff became pregnant and told her manager of her pregnancy in December 2019. Plaintiff also requested that her manager not assign the lifting of heavy objects at work. Instead of accommodating plaintiff, defendant's manager of employees told plaintiff to get a doctor's note saying not to assign lifting or pulling or pushing heavy objects at work. Plaintiff was forced to continue doing the heavy lifting or pulling until when she started bleeding at work on or about December 11, 2019.

12.   After reporting the bleeding, defendant's manager told plaintiff to go home. On or about December 11, 2019 plaintiff consulted her doctor and was given time off from work from December 11, 2019 to on or about December 16, 2019. When plaintiff called to return to work on December 16, 2019, defendant's manager, "Zuby" told her that she was terminated and to further come in and pick up her final check.

13.   As a proximate result of defendant's manager and agent's intentional and discriminatory conduct in terminating plaintiff, defendant knew or had reason to know that plaintiff would be subjected to hardship and in fact caused plaintiff to become homeless because of defendant's discriminating conduct in terminating her employment due to her sex and pregnancy related condition.

14.   Furthermore, plaintiff believes that she was wrongfully terminated based on her sex discrimination and pregnancy relating condition in that other male and non-pregnant employees were not terminated for taking time off from work.

## SECOND CAUSE OF ACTION
## WRONGFUL TERMINATION OF EMPLOYMENT

15.   This cause of action is plead against defendant Target. Plaintiff hereby incorporates paragraphs 1-3 and 11-14 as though hereby incorporated in full. The employment

4

agreement was supplemented by various acts of oral commendations, assurances of continued employment and various documents including performance reviews and defendant's personnel policies which assured plaintiff that employees who subjected other employees to unlawful sex discrimination will be disciplined.

16.   Again, and again during her employment, plaintiff was told orally by her supervisors that she was doing a satisfactory job. As a result of these representations, plaintiff came reasonably to expect to rely on the promise of job security.

17.   Plaintiff's reasonable belief in good faith on all the assurances, promises and representations made by defendant employer to cause her to reasonably believe that her employment was secure and that there existed a contract of continuous employment with defendant employer.

18.   Plaintiff undertook and continued her employment and duly performed all of the conditions of the contract to be performed by her, and at all time herein mentioned, has been ready, willing and able to perform and has offered to perform all of the conditions to be performed by her until prevented on or about December 16, 2019, from performance by defendant due to the sex discrimination against plaintiff and due to her pregnancy.

19.   Despite the representations made to plaintiff by defendants and the reliance she placed on them, defendants breached this implied-in-law contract of employment agreement by subjecting plaintiff to a work environment where plaintiff was discriminated against due to her sex.

20.   Furthermore, as aforesaid defendant discriminated against plaintiff in violation of Article 1 Section 8 of the California Constitution, which proscribes discrimination in employment, in that defendant discriminated against plaintiff based on her sex in the terms and condition of his employment. Plaintiff believes that she was wrongfully terminated based on sex in that defendant fired her because she was pregnant and having pregnancy

5

related injury and for no other reason.

### THIRD CAUSE OF ACTION
### <u>DEFAMATION</u>

21. Plaintiff herein incorporated by reference paragraph 1 through 3, 6, 11 to 14 of the complaints as though fully set forth herein. **This cause of action is plead against defendant Target.**

22. Defendant caused to be published false and unprivileged communications tending to direct injury plaintiff in her professional and personal reputation. Specifically, during the course of her employment and continuing therefrom to present, defendants made untrue statements to plaintiff's co-workers and upon information and belief to other people falsely accusing her of being incompetent in the performance of her job. Defendant also falsely accused plaintiff of lying about her pregnancy.

23. The statements set forth above were published with expressed and implied malice on the part of defendants with the designed intent to insure plaintiff in her good name and professional reputation.

24. As a proximate result of the defamatory statement made by defendants and each of them as aforesaid, plaintiff has suffered injury to her professional and personal reputation, and further has suffered and continues to suffer embarrassment, humiliation and mental anguish, all to her damaged in an amount to be ascertained according to proof at trial. Furthermore, upon information and belief, plaintiff believes that she will be compelled to self-defame herself by repeating these false statements to future prospective employers.

25. Defendants committed the acts alleged herein maliciously, despicably, fraudulently and oppressively with the wrongful intention of injuring plaintiff. Plaintiff is thus entitled to

6

recover punitive damages from defendant and each of them in an amount accordingly to proof.

**WHEREFORE**, plaintiff prays for judgment against defendant and each of them as follows:

1.    Actual, consequential and incidental losses, including but not limited to loss of income and benefits, according to proof, together with prejudgment interest pursuant to Code of Civil Procedure;

2.    Plaintiff's general damages in the sum according to proof;

3.    Plaintiff's punitive damages in the sum according to proof;

4.    Plaintiff's cost of suit, including attorney's fees;

5.    For any other relief that is just and proper.

Dated: December /6, 2020

By _____
Ed K.  Bassey
**Attorney for Plaintiff**
**Maria Alvarado**

7