SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SAMANTHA C. GRANT, Cal. Bar No. 198130
BRIANNA S. WILSON, Cal. Bar No. 316730
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:  310.228.3701
E mail        sgrant@sheppardmullin.com
                   bswilson@sheppardmullin.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA ALVARADO,<br><br>          Plaintiff,<br><br>     v.<br><br>TARGET CORPORATION and DOES 1-10, Inclusive,<br><br>          Defendants. | Case No. 2:21-cv-06561-DSF-MRW<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Plaintiff Maria Alvarado and Defendant Target Corporation, by and through their respective counsel of record, pursuant to Federal Rules of Civil Procedure 41(a)(1), hereby dismiss the above-captioned matter in its entirety with prejudice. Each party will bear its/her own attorneys' fees and costs.

The Parties agree that the Court will retain jurisdiction to enforce the terms of the Settlement Agreement, if needed.

DATED: September 30, 2021                MARIA ALVARADO

By: _____/s/ Ed. K. Bassey_____
Ed K. Bassey
Attorneys for Plaintiff
MARIA ALVARADO

DATED: September 30, 2021                TARGET CORPORATION, INC.

By: _____/s/ Brianna S. Wilson_____
Samantha C. Grant
Brianna S. Wilson
Attorneys for Defendant
TARGET CORPORATION

**FILER ATTESTATION**

I, Brianna S. Wilson, pursuant to L.R. 5-4.3.4, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

_____/s/ Brianna S. Wilson_____
Brianna S. Wilson