JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA ALVARADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-06561-DSF-MRW<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

**ORDER**

Pursuant to the Stipulation to Dismiss Entire Action with Prejudice filed by the Parties on September 30, 2021, and good cause appearing, the Court hereby approves the Joint Stipulation and dismisses this action, in its entirety, with prejudice. Each party will bear its/her own attorneys' fees and costs. The Court will retain jurisdiction to enforce the terms of the Settlement Agreement, if needed.

IT IS SO ORDERED.

DATED: October 20, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE